AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OWNERS INSURANCE COMPANY and
AUTO-OWNERS INSURANCE COMPANY,

Plaintiffs,

v.

ADVANCED SLEEP TECHNOLOGIES, INC., et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV121-086

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 23, 2022, Plaintiffs' Motion for Summary Judgment is granted in full. Judgment is entered in favor of the Plaintiffs Owners Insurance Company and Auto-Owners Insurance Company. This case stands closed.

August 24, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020