IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY and AUTO-OWNERS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED SLEEP TECHNOLOGIES, INC.; JOSEPH L. POOLE; UNIVERSITY SLEEP ASSOCIATES; AUGUSTA LUNG ASSOCIATES, LLP; STEPHEN RONALD CALLAHAN, JR., as personal representative of the STEPHEN RONALD CALLAHAN, SR.; and LINDA D. CALLAHAN, individually and as surviving spouse of STEPHEN RONALD CALLAHAN, SR., deceased,<br><br>Defendants. | C/A File No.: 1:21-cv-00086-JRH-BKE |

**NOTICE OF APPEAL**

Defendants Stephen Callahan, Jr., University Sleep Associates and Augusta Lung Associates hereby appeal to the U.S. Court of Appeals for the Eleventh Circuit from the August 23, 2022 Order [Doc. 58] and August 24, 2022 Judgment [Doc. 59] entering Final Judgment pursuant to Rules 54 and 56 of the Federal Rules of Civil Procedure in favor of Plaintiffs Owners Insurance Company and Auto-Owners Insurance Company. Defendants include on appeal that summary judgment Order upon which the final judgment is based, including but not limited to the following: Order granting Plaintiffs' motion for summary judgment.

**Jurisdiction.** The Eleventh Circuit will have appellate jurisdiction to hear this appeal pursuant to 28 U.S.C. § 1291 and Fed. R. App. P. 3.

**Record Designation.** Defendants designate the entire record for transmission by the District Clerk to the Eleventh Circuit for the record on appeal. The Clerk should not omit any part of the record. As the District Court held no hearing or trial relating to the issues upon which the Defendants appeal, there shall be no transcript of proceedings to be transmitted to the Eleventh Circuit.

Respectfully submitted this 21st day of September, 2022.

    COPELAND, STAIR, KINGMA &
    LOVELL, LLP

    /s/*Eric J. Frisch*
    Eric J. Frisch, Ga. Bar No. 261683
    191 Peachtree Street NE, Suite 3600
    Atlanta, Georgia 30303-1740
    Phone: 404-522-8220
    Fax: 404-523-2345
    efrisch@cskl.law

*Attorney for Defendants University Sleep Associates and Augusta Lung Associates, LLP*

    s/ *Victor C. Hawk*
    (w/ express permission by EJF)
    Victor C. Hawk, Ga. Bar No. 338650
    HAWK LAW GROUP
    338 Telfair Street
    Augusta, GA 30901
    P: 706-722-3500
    F: 866-295-0234
    vhawk@hawklawgroup.com

*Attorneys for Defendants Stephen Ronald Callahan, Jr., as personal representative of Stephen Ronald Callahan, Sr., deceased and*

*Linda D. Callahan, individually and as surviving spouse of Stephen Ronald Callahan, Sr. deceased*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and for service upon all counsel of record by the CM/ECF system:

N. Staten Bitting, Jr., Esq.
Mary Elizabeth Watkins, Esq.
LEVY, SIBLEY, FOREMAN
& SPEIR, LLC
3730 Executive Center Dr., Suite B
Augusta, Georgia 30907
sbitting@lsfslaw.com
lwatkins@lsfslaw.com
*Attorneys for Defendants Advanced Sleep Technologies, Inc. and Joseph L Poole*

Michael C. Kendall, Esq.
Chad M. Brock, Esq.
KENDALL MANDELL, LLC
3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135
mckendall@kendallmandell.com
cmbrock@kendallmandell.com

*Attorneys for Plaintiffs Owners Ins. Co. and Auto-Owners Ins. Co.*

Victor C. Hawk, Ga. Bar No. 338650
HAWK LAW GROUP
338 Telfair Street
Augusta, GA 30901
P: 706-722-3500
F: 866-295-0234
vhawk@hawklawgroup.com

*Attorneys for Defendants Stephen Ronald Callahan, Jr., as personal representative of Stephen Ronald Callahan, Sr., deceased and Linda D. Callahan, individually and as surviving spouse of Stephen Ronald Callahan, Sr. deceased*

This 21st day of September 2022.

/s/ *Eric J. Frisch*
Eric J. Frisch, Ga. Bar No. 261683
191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
Fax: 404-523-2345
efrisch@cskl.law

Case 1:21-cv-00086-JRH-BKE    Document 60    Filed 09/21/22    Page 5 of 5