# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| David J. Smith<br>Clerk of Court | **_CORRECTED ORDER_** | For rules and forms visit<br>www.ca11.uscourts.gov |
|---|---|---|

June 08, 2023

Clerk - Southern District of Georgia
U.S. District Court
Federal Justice Center
600 JAMES BROWN BLVD
AUGUSTA, GA 30901

Appeal Number: 22-13255-HH
Case Style: Owners Insurance Company, et al v. University Sleep Associates, et al
District Court Docket No: 1:21-cv-00086-JRH-BKE

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:    404-335-6122
Case Administration:    404-335-6135    Capital Cases:          404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-13255-HH

_____

OWNERS INSURANCE COMPANY,
AUTO-OWNERS INSURANCE COMPANY,

                                              Plaintiffs - Counter Defendants - Appellees,

versus

UNIVERSITY SLEEP ASSOCIATES,
AUGUSTA LUNG ASSOCIATES, LLP,

                                              Defendants - Appellants,

STEPHEN RONALD CALLAHAN, JR.,
as personal representative of Stephen
Ronald Callahan, Sr., deceased,

                                              Defendant - Counter Claimant - Appellant,

LINDA CALLAHAN,

                                              Defendant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellants University Sleep Associates, Augusta Lung Associates, LLP and Stephen Ronald Callahan, Jr. is GRANTED by clerk [9954472-3]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date; [9954472-2]..

Effective June 08, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION