IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br>AUTO-OWNERS INSRANCE COMPANY,<br><br>Plaintiffs-Counter Defendants-<br>Appellees,<br><br>vs.<br><br>UNIVERSITY SLEEP ASSOCIATES,<br>AUGUSTA LUNG ASSOCIATES, LLP,<br><br>Defendants – Appellants,<br><br>STEPHEN RONDALD CALLAHAN, JR.,<br>as Personal Representative of<br>Stephen Ronald Callahan, Sr.,<br>deceased,<br><br>    Defendant. | Case No.: CV 121-086<br><br>Appeal No.: 22-13255-HH |

O R D E R

The appeal in the above-styled action having been dismissed pursuant to a voluntary dismissal in the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ___16th___ day of June 2023.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA